**Jacqueline Lenorlia TAYLOR,
Plaintiff-Appellant,**

v.

**ROYAL AHOLD NV, Koninkijke Ahold (Ahony), Ahold USA, Giant Martins Food & Pharmacy, Defendant-Appellee.**

No. 17-1242

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2017

Decided: August 14, 2017

Jacqueline L. Taylor, Appellant Pro Se. Padraic Kevin Keane, JORDAN COYNE LLP, Fairfax, Virginia, for Appellee.

Before TRAXLER, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacqueline Lenorlia Taylor appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Taylor v. Royal Ahold NV*, No. 3:16-cv-00241-REP (E.D. Va. Jan. 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*